**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1671**

———————

JERRY LEE ROSS,

                    Plaintiff – Appellant,

       v.

J. D. BYRIDER SYSTEMS, INC.; CNAC; SMART FINANCE, INC.; SMART AUTO, INC.,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:15-cv-00596-MOC-DSC)

———————

Submitted:  September 13, 2016      Decided:  September 16, 2016

———————

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry Lee Ross, Appellant Pro Se.  Caren D. Enloe, SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lee Ross appeals the district court's order accepting the magistrate judge's recommendation to grant Defendants' motions to dismiss Ross' civil claims against Defendants. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Ross' informal brief does not challenge the basis for the district court's disposition, Ross has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED